

**CHRIS DANIEL**  01-15-00339-CR

HARRIS COUNTY DISTRICT CLERK

April 7, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 7:53:17 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE JIM WALLACE
263RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name: STEVEN WAYNE FISHER

Cause No: 1428579

Court: 263RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 3-26-15
**Sentence Imposed Date:** 3-4-15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    MARICA BARNETT (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651



Cause No. 1428579

The State Of Texas
vs
Steven Wayne Fisher

In The District Court
of Harris County Texas

2015 MAR 26 PM 2:09
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS

## Notice Of Appeal

To the Honorable Judge of said court: 263 Comes now Steven Fisher defendant in the above styled numbered cause and, pursuant to rule 40(b) of the Texas Rules Of Appellate Procedure, files this Notice Of Appeal within the required thirty (30) days time period following the day of sentence or suspension in open court, (or the day that an appealable order in signed), to the Texas Court of Criminal Appeals.

The defendant has pled guilty due to undue influence. The defendant was lead to believe by his lawyer and the prosecution that he would get probation and be sentenced to the Young Men About Change Program (YMAC). It was an agreement between the defense and prosecution. The Honorable court gave no indication that the agreement would not be excepted. The Honorable court, just handed down 15 year sentence under cause no. 1428619. The defendant was without an understanding of the nature of charge. The defendant is exercising his right to appeal the 15 years conviction. The defendant pray the Honorable court will grant this appeal as a right.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

ES-0085-01-07

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

**Name:** Steven Fisher

**SPN:** 02642126 **Cell:** 7H

**Street:** 701 San Jacinto

HOUSTON, TEXAS 77002

District Clerks Office

Criminal Justice Bldg 3RD Floor

1201 Franklin

Houston, Tx 77002

 

Cause No. 1428579

THE STATE OF TEXAS

v.

Steven Fisher , Defendant

IN THE 263 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [X] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____          1-7-15
Judge                            _____
                                 Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Steven Fisher                    _____
_____
Defendant                        Defendant's Counsel

Mailing Address: 2800 South Dairy Ashford   State Bar of Texas ID number: 24068255

Telephone number: 281-216-5045   Mailing Address: 1302 Waugh Dr.

Fax number (if any): _____   Houston TX

                                 Fax number (if any): 281-407-6244

FILED
Chris Daniel
District Clerk
JAN 07 2015
Time: _____
Harris County, Texas
By _____ Deputy

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

Cause No. 1428579

| STATE OF TEXAS | § | IN THE 263 DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| Steven Fisher , | § | |
| Defendant | § | OF HARRIS COUNTY, TEXAS |

## ADVICE OF DEFENDANT'S RIGHT TO APPEAL

**The Court, pursuant to Tex. R. App. P. 25.2, advises the Defendant as follows:**

1. Texas law gives a defendant convicted of a crime the right to appeal his conviction.

2. If you **pleaded guilty** or **no contest** and accepted the punishment recommended by the prosecutor, however, you **cannot** appeal your conviction unless the Court gives you permission. If you **waived** or gave up your right to appeal, you **cannot** appeal your conviction.

3. If you did not plead guilty, you may have the right to appeal. If you want to appeal, you must give notice of appeal **in writing** to this Court's clerk within **30 days**.

4. If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address. You must tell your attorney in writing of any **change in your address**.

5. If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review in the Court of Criminal Appeals within **30 days** of the issuance of the opinion by the court of appeals. If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review.

**The Defendant declares the following to the Court** (choose one):

1. ☑ I read and write English. I have read and I understand this document. __SF__ (Defendant initial here if true); or

2. ☑ I speak English _____ (name reader) read this document to me. I understand its contents. _____(Defendant initial here if true); or

3. ☐ I do not speak English. _____ (name translator) translated this document for me. I understand its contents. _____(Defendant initial here if true).

Steven Fisher
_____
Defendant's signature
Sworn to and subscribed before me on _____ 1-7-15 _____ .

_____
Harris County Deputy District Clerk

**FILED**
Chris Daniel
District Clerk

JAN 07 2015

Time:_____
By_____
Harris County, Texas

Deputy

_____
PRESIDING JUDGE
____ District Court
Harris County, Texas

Revised 5/2/12

CLERK

# APPEAL CARD

15

Court 263RD    5-3-15    Cause No. 1428579

The State of Texas
Vs
FISHER, STEVEN WAYNE
5-4-15

Date Notice
Of Appeal: March 26, 2015

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding JIM WALLACE

Court Reporter MARCIA BARNETT

Court Reporter_____

Court Reporter_____

Attorney
on Trial PORTIS, CLINTON BLAINE

Attorney
on Appeal_____

Appointed_____ Hired_____

Offense Aggravated Robbery-Deadly Weapon

Jury Trial    Yes_____ No ✓

Punishment
Assessed 15 YRS TDCJ

Companion Cases
(If Known)_____

Amount of
Appeal Bond_____

Appellant
Confined:    Yes ✓ No_____

Date Submitted
To Appeal Section 4-1-15

Deputy Clerk_____